

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00598-CV

**IN THE INTEREST OF J.C.W.** and I.O.W, Children

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-015
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: October 30, 2019

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On July 24, 2019, appellant Jason C. White filed a notice of appeal, seeking a restricted appeal of an order signed on June 4, 2019. On October 21, 2019, appellant filed a Motion for Voluntary Dismissal, asking this court to dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs to be borne by the party that incurred them. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM